UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:18-cv-21093-UU

JUAN CARLOS GIL,

    Plaintiff,

v.

MIAMI AUTOMOTIVE RETAIL, INC.
d/b/a Brickell Honda,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Juan Carlos Gil, and Defendant, Miami Automotive Retail, Inc., hereby give notice that the Parties have reached a settlement of all claims and matters in this case. The Parties respectfully request thirty (30) days to file a stipulated form of dismissal with this Court.

Dated: November 20, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Edward S. Polk* |
| Scott R. Dinin, Esq. | Edward S. Polk, Esq. |
| Scott R. Dinin, P.A. | Fla. Bar No. 239860 |
| 4200 NW 7th Avenue | COLE, SCOTT & KISSANE, P.A. |
| Miami, Florida 33127 | 9150 S. Dadeland Blvd., Ste. 1400 |
| Tel: (786) 431-1333 | Miami, Florida 33156-7855 |
| Fax: (786) 513-7700 | Telephone: (305) 350-5300 |
| E-mail: inbox@dininlaw.com | Facsimile: (305) 350-5300 |
| *Counsel for Plaintiff* | E-mail: edward.polk@csklegal.com |
| | *Counsel for Defendant* |

1