UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-21093-UU

JUAN CARLOS GIL,

    Plaintiff,
v.

MIAMI AUTOMOTIVE RETAIL, INC.,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court upon the Parties' Joint Notice of Settlement (the "Notice"). D.E. 39. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On November 20, 2018, the Parties filed the Notice, indicating that the parties had reached a settlement and would be submitting a stipulation of dismissal within 30 days. *Id.* Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st__ day of November, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record