**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Civil Action Number:  1:18-cv-21093-UU

JUAN CARLOS GIL,

    Plaintiff,

v.

MIAMI AUTOMOTIVE RETAIL, INC.
d/b/a Brickell Honda,

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

    Dated this 11th day of January, 2019.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Edward S. Polk* |
| Scott R. Dinin, Esq. | Edward S. Polk, Esq. |
| SCOTT R. DININ, P.A. | COLE, SCOTT & KISSANE, P.A. |
| 4200 NW 7th Avenue | 9150 South Dadeland Blvd., Suite 1400 |
| Miami, Florida 33127 | Miami, Florida 33156 |
| Tel: (786) 431-1333 | Telephone: (305) 350-5338 |
| Fax: (786) 513-7700 | Facsimile:  (305) 373-2294 |
| E-mail: inbox@dininlaw.com | Primary E-mail: edward.polk@csklegal.com, |
| *Counsel for Plaintiff* | danise.townsend@csklegal.com |
| | *Counsel for Defendant* |